**MANCHANDA LAW OFFICE PLLC**
30 WALL STREET, 8TH FLOOR
NEW YORK, NEW YORK 10005
TEL: (212) 968-8600
FAX: (212) 968-8601
INFO@MANCHANDA-LAW.COM
WWW.MANCHANDA-LAW.COM

December 4, 2018

<u>**VIA ECF AND US MAIL**</u>

Hon Paul G. Gardephe
US District Judge
40 Foley Square
New York, NY 10601

RE:   <u>**MANCHANDA v MATTIES et al, 18-CV-11092-PGG**</u>

Dear Judge Gardephe:

In response to the USDOJ/FBI Attorney Danielle Judith Levine's incendiary and insulting letter dated December 3, 2018:

(1) Plaintiff is not a "serial litigant," but rather a "serial defender" who has been harassed, sued, threatened, extorted, blackmailed, stalked, hacked, wiretapped and otherwise targeted by some or all of the named defendants relentlessly for the past 10 plus years - this must now stop;

(2) CT US District Judge Judge Vanessa Bryant may have threatened Plaintiff with sanctions based on his federal lawsuit against New Haven CT Superior Court Judge Jane Emons and others, but this court should take notice that Judge Jane Emons was later thrown off the bench by the entire Connecticut State Legislature for abusing her power on the bench, consistent with Plaintiff's allegations against her thereon - and Kate Bose allegedly has an outstanding arrest warrant for her continued stalking/harassment of Plaintiff over the past 5 years, plus her lying to have Plaintiff falsely arrested (Plaintiff would also like to remind this court that his other lawsuit against Google also possibly resulted in 17 US Attorneys General and the entire European Union sanctioning Google for the same exact underlying causes of action that he alleged thereon);

(3) Plaintiff consents to defendants' request for an extension of time to file any and all answers to his complaint for the sole purpose of exploring any and all settlements thereon, without the necessity of further litigation.

Respectfully submitted,

*/s/ Rahul D. Manchanda*

Rahul Manchanda, Esq.