UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

_Manchanda_, 

           Plaintiff(s)

-against-

_Mathes et al_,

           Defendant(s).

------------------------------------------------------X

**AFFIRMATION IN SUPPORT OF CLERK'S CERTIFICATE OF DEFAULT**

1:18 CV 11092 (PGG)

_Rahul Manchanda_ hereby declares as follows:

1. I am the plaintiff in this action.

2. This action was commenced pursuant to _10/16/18_.

3. The time for defendant(s), _non-appearing See attached_, to answer or otherwise move with respect to the complaint herein has expired.

4. Defendant(s), _Non-Appearing See attached list_ has not answered or otherwise moved with respect to the complaint, and the time for defendant(s) _See attached_ to answer or otherwise move has not been extended.

5. That defendant(s) _See attached list_ is not an infant or incompetent. Defendant(s) _Non-Appearing See attached list_ is not presently in the military service of the United States as appears from facts in this litigation.

WHEREFORE, plaintiff _Rahul Manchanda_ requests that the default of _Non-Appearing_ defendant(s) _See attached_ be noted and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the amount claimed is justly due to plaintiff, and that no part thereof has been paid.

Dated: 17/18/18

By: _[signature]_
RAHUL MANCHANDA, ESQ.
30 WALL STREET, 8TH FLOOR
NEW YORK, NEW YORK 10005

212.968.8600
INFO@MANCHANDA-LAW.COM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

Manchanda

                        Plaintiff,      1:18 Civ. 11092 (PGG)

    - against -              **AFFIDAVIT FOR**
                                            **JUDGMENT BY DEFAULT**

Matthes, et al

                        Defendant.
------------------------------------------------X

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK )

        Rahul Manchanda, being duly sworn, deposes and says:

      1. I am a member of the Bar of this Court and am associated with the firm of Manchanda Law Office PLLC attorneys for plaintiff in the above-entitled action and I am familiar with all the facts and circumstances in this action.

      2. I make this affidavit pursuant to Rule 55.1 and 55.2(a) of the Civil Rules for the Southern District of New York, in support of plaintiff's application for the entry of a default judgment against defendants (Non-Appearing).

      3. This is an action to recover Permanent Injunction / Damages owed by defendant (non-appearing) to plaintiff for See attached Complaint etc.

      4. Jurisdiction of the subject matter of this action is based on Federal Agency jurisdiction.

      5. This action was commenced on 10/16/18 (date) by the filing of the summons and complaint. A copy of the summons and complaint was served on the defendants on non-appearing

SDNY Web 5/99

10/16/18, 11/2/18                                    Non-Appearing Defendant
___(date)___ by personal service on _____(name)_____,

(STATE SPECIFICALLY HOW SERVICE WAS MADE ON DEFENDANT) and proof of

service by the Special Process Server was filed. The defendant has not answered the complaint *non-appearing*

and the time for the (*non-appearing*) defendant to answer the complaint has expired.

6. This action seeks judgment for the liquidated amount of $100,000,000, plus *permanent injunction*

interest at _____% from ___(date)___, for a total as of ___(date)___ of

$_____, as shown by the annexed Statement, which is justly due and owing, and no part

of which has been paid except as therein set forth.

7. The disbursements sought to be taxed have been made in this action or will

necessarily be made herein.

WHEREFORE, plaintiff requests the entry of Default and the entry of the annexed

Judgment against defendants (*non-appearing*).

Dated: New York, New York
         (date) 12/18/18

                                              RAHUL MANCHANDA
                                              (Attorney's name)

Sworn to before me this 19th
day of December, 2018.

Notary Public

KATHY M HOYOS
Notary Public - State of New York
NO. 01HO6336803
Qualified in Bronx County
My Commission Expires Feb 8, 2020

**IF DEFENDANT IS AN INDIVIDUAL, ATTORNEY'S AFFIDAVIT MUST CONTAIN A STATEMENT THAT HE OR SHE IS NOT A MINOR, MENTALLY INCOMPETENT NOR IN THE MILITARY SERVICE OF THE UNITED STATES.**