

61 Broadway, 26th Floor, New York, NY 10006
Tel: 212-867-4100 Fax: 212-867-4118
www.fkblaw.com

February 1, 2019

**VIA U.S. Mail**

Matthew O'Buck and
Sharie O'Buck
4 Louis Dr.
Branford, Connecticut 06405

Re: *Manchanda v. Matties, et al*
Docket No.: 18 CV 11092
FKB File No.: 321.029

Dear Mr. and Mrs. O'Buck:

Pursuant to your Notice of Pro Se Appearance, attached is the filed Stipulation of Dismissal signed by all appearing attorneys, including Plaintiff Mr. Manchanda's counsel. Mr. Manchanda also executed the stipulation.

Very Truly Yours,
FURMAN KORNFELD & BRENNAN, LLP

Corey M. Cohen

CC: All Parties and Court via ECF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| RAHUL MANCHANDA,<br><br>Plaintiff,<br><br>– against –<br><br>NICOLE MATTIES, NICOLA SHAPIRO, DOUGLAS SENDEROFF, ROGER BLANK, AARON MINC, DANIEL POWELL, MATT O'BUCK, SHARIE O'BUCK, KATE BOSE, NEW YORK FBI, NYPD, JOE HENDRIX, ANDRE DE CASTRO, JAMIE WOZMAN, MARK ANESH, COREY COHEN, A. MICHAEL FURMAN, and PAULA ASHCRAFT,<br><br>Defendants. | : | No. 18 Civ. 11092 (PGG)<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

WHEREAS, on or about October 14, 2018, Plaintiff Rahul Manchanda ("Plaintiff") filed a complaint in the Supreme Court of New York, County of New York, Index No. 101501/2018 ("NYS Supreme Court Action"), naming Nicole Matties, Nicola Shapiro, Douglas Senderoff, Roger Blank, Aaron Minc, Daniel Powell, Matt O'Buck, and Sharie O'Buck as defendants;

WHEREAS, on or about October 24, 2018, Plaintiff filed a second amended complaint in NYS Supreme Court Action, adding the Federal Bureau of Investigation (improperly named as NY FBI) (the "FBI") and the NYPD as defendants;

WHEREAS, on or about October 31, 2018, Plaintiff filed a third amended complaint in the NYS Supreme Court Action, adding Joe Hendrix and Andre de Castro as defendants (the "Third Amended Complaint");

01/26/2019 11:24AM 516-741-3814 MAGOVERN & SCLAFANI PAGE 02/05

WHEREAS, on or about November 28, 2018, the FBI removed the Third Amended Complaint to the Southern District of New York, No. 18 Civ. 11092 (the "Federal Action"), and filed a Notification of Removal in the NYS Supreme Court Action;

WHEREAS, on or about November 28, 2018, Plaintiff filed a Fourth Amended Complaint (Dkt. Nos. 2, 5, 6) in the Federal Action, which Plaintiff had filed in the NYS Supreme Court Action, adding Jamie Wozman, Mark Anesh, Corey Cohen, A. Michael Furman, and Paula Ashcraft as defendants (the "Fourth Amended Complaint");

WHEREAS, counsel for Defendants FBI, Roger Blank, Aaron Mino, Daniel Powell, Jamie Wozman, Mark Anesh, Corey Cohen, A. Michael Furman have appeared in the Federal Action;

WHEREAS, no party hereto is an infant or incompetent person for whom a committee or guardian has been appointed;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, his counsel, and counsel for Defendants FBI, Roger Blank, Aaron Mino, Daniel Powell, Jamie Wozman, Mark Anesh, Corey Cohen, A. Michael Furman, that:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff voluntarily dismisses the Federal Action with prejudice, which includes all underlying complaints filed in the NYS Supreme Court Action, with each party to bear its own fees and costs

01/26/2019 11:24AM  516-741-3814  MAGOVERN & SCLAFANI  PAGE 03/05

2. This stipulation may be executed in counterparts, each of which constitutes an original and all of which constitutes one and the same agreement. Facsimiles of signatures shall constitute acceptable, binding signatures for purposes of this agreement.

DOMINIC SARNA, ESQ.

By: ______________________
Dominic Sarna, Esq.
*Attorneys for Plaintiff*
RAHUL MANCHANDA
1539 Franklin Avenue, Suite 200
Mineola, New York 11501
(516) 491-0443
saranesq@aol.com

FURMAN KORNFELD & BRENNAN LLP

By: ______________________
Corey M. Cohen, Esq.
*Attorneys for Defendants*
ROGER BLANK, COREY COHEN, and A. MICHAEL FURMAN
61 Broadway, 26th Floor
New York, NY 10006
(212) 867-4100
FKB File No.: 321.029
ccohen@FKBLaw.com

LEWIS BIRSBOIS BISGAARD & SMITH, LLP

By: ______________________
Jamie R. Wozman, Esq.
*Attorneys for Defendants*
AARON MINC, DANIEL POWELL, JAMIE WOZMAN, and MARK ANESH
77 Water Street, 21st Floor
New York, New York 10005
(212) 232-1346
Jamie.Wozman@LewisBrisbois.com

GEOFFREY S. BERMAN
UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF NEW YORK

By: ______________________
Danielle Levine, Esq.
*Attorneys for Defendant*
THE FEDERAL BUREAU OF INVESTIGATION
86 Chambers Street, 3rd Floor
New York, New York 10007
(212) 637-2689
Danielle.Levine@usdoj.gov

I, Plaintiff Rahul Manchanda, have reviewed the instant Stipulation of Dismissal with Prejudice and have had an opportunity to discuss the same with my attorney, Dominic Sarna. I agree to all language herein, including the agreements set forth in Paragraphs 1 and 2 of this Stipulation of Dismissal with Prejudice.

By: Plaintiff Rahul Manchanda

Sworn to before me this
25 day of January, 2019

Notary Public

DAVID HAMILTON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01HA6352662
Qualified in Queens County
My Commission Expires 01-03-2021

SO ORDERED:

Honorable Paul G. Gardephe