MANCHANDA LAW OFFICE PLLC
30 WALL STREET, 8TH FLOOR
NEW YORK, NEW YORK 10005
TEL: (212) 968-8600
FAX: (212) 968-8601
INFO@MANCHANDA-LAW.COM
WWW.MANCHANDA-LAW.COM

February 2, 2019

**VIA ELECTRONIC AND US MAIL**

Judge Paul Gardephe
US District Judge
40 Foley Square
New York NY 10007

RE: **NOTICE OF PROTEST REGARDING FORGERY/FRAUD IN SETTLEMENT DOCUMENT, REINSTATEMENT OF SANCTIONS/CONTEMPT REQUEST CASE DOCKET 1:18-CV-11092-PGG; MANCHANDA V MATTIES *ET AL***

Dear Judge Paul Gardephe:

This Letter Motion is being submitted in support of Plaintiff's Protest that the Settlement Document uploaded to ECF yesterday February 1, 2019 by Opposing Counsel Corey Cohen withdrawing Plaintiff's claims was illegally and unethically forged and altered without the consent of the Plaintiff by opposing counsel, defendants and possibly even with the unethical dn illegal assent and collusion of Plaintiff's own lawyer Dominic Sarna.

Undersigned Plaintiff originally signed, notarized and executed a Withdrawal of Claims letter dated January 25, 2019 wherein he mandated that (1) the only way he would agree would be if Douglas Senderoff was a signatory and (2) that no other pleadings/answers/motions would follow this withdrawal of claims letter. (**Exhibit A**)

However, not only did opposing counsel reject the second portion regarding additional filings (which Plaintiff reluctantly agreed to change (**Exhibit B**), but apparently yesterday on February 1, 2019, before uploading to ECF, opposing counsel illegally and unethically removed Douglas Senderoff from Plaintiff's signed and notarized document, without Plaintiff's knowledge or consent (**Exhibit C**).

This is the height of fraud and criminality in a federal litigation proceeding, and demands to be both called out and the responsible parties aggressively punished.

This is part and parcel, and very emblematic of, the difficulties that Plaintiff has experienced with the defendants and their lawyers since the beginning of this action, and highlights their overall criminality, collusion, and unethical conduct since this is all began around October 5, 2018, 4 months ago.

To that end Plaintiff hereby (1) protests against and rejects this forged/altered withdrawal of claims stipulation, (2) demands sanctions/contempt against the responsible parties/defendants committing this forgery/fraud, and (3) wishes to continue this federal litigation aggressively and to its final and logical conclusion, without dismissing any of his claims, against any of the defendants.

Respectfully submitted,

_____
Rahul Manchanda, Esq.

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x

RAHUL MANCHANDA,

                             Plaintiff,

        – against –

NICOLE MATTIES, NICOLA SHAPIRO, DOUGLAS
SENDEROFF, ROGER BLANK, AARON MINC,
DANIEL POWELL, MATT O'BUCK, SHARIE O'BUCK,
KATE BOSE, NEW YORK FBI, NYPD, JOE HENDRIX,
ANDRE DE CASTRO, JAMIE WOZMAN, MARK
ANESH, COREY COHEN, A. MICHAEL FURMAN, and
PAULA ASHCRAFT,

                          Defendants.

-------------------------------------------------------------------- x

No. 18 Civ. 11092 (PGG)

**STIPULATION OF
DISMISSAL WITH
PREJUDICE**

WHEREAS, on or about October 14, 2018, Plaintiff Rahul Manchanda ("Plaintiff") filed a

complaint in the Supreme Court of New York, County of New York, Index No. 101501/2018 ("NYS

Supreme Court Action"), naming Nicole Matties, Nicola Shapiro, Douglas Senderoff, Roger Blank,

Aaron Minc, Daniel Powell, Matt O'Buck, and Sharie O'Buck as defendants;

WHEREAS, on or about October 24, 2018, Plaintiff filed a second amended complaint in

NYS Supreme Court Action, adding the Federal Bureau of Investigation (improperly named as NY

FBI) (the "FBI") and the NYPD as defendants;

WHEREAS, on or about October 31, 2018, Plaintiff filed a third amended complaint in the

NYS Supreme Court Action, adding Joe Hendrix and Andre de Castro as defendants (the "Third

Amended Complaint");

WHEREAS, on or about November 28, 2018, the FBI removed the Third Amended Complaint to the Southern District of New York, No. 18 Civ. 11092 (the "Federal Action"), and filed a Notification of Removal in the NYS Supreme Court Action;

WHEREAS, on or about November 28, 2018, Plaintiff filed a Fourth Amended Complaint (Dkt. Nos. 2, 5, 6) in the Federal Action, which Plaintiff had filed in the NYS Supreme Court Action, adding Jamie Wozman, Mark Anesh, Corey Cohen, A. Michael Furman, and Paula Ashcraft as defendants (the "Fourth Amended Complaint");

WHEREAS, counsel for Defendants FBI, Roger Blank, Aaron Minc, Daniel Powell, Jamie Wozman, Mark Anesh, Corey Cohen, A. Michael Furman, and Douglas Senderoff have appeared in the Federal Action;

WHEREAS, no party hereto is an infant or incompetent person for whom a committee or guardian has been appointed;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, his counsel, and counsel for Defendants FBI, Roger Blank, Aaron Minc, Daniel Powell, Jamie Wozman, Mark Anesh, Corey Cohen, A. Michael Furman, and Douglas Senderoff that:

1.      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff voluntarily dismisses the Federal Action with prejudice, which includes all underlying complaints filed in the NYS Supreme Court Action, with each party to bear its own fees and costs, void if any parties file

any further pleadings or motions after this Notice of Motion dated January 25, 2019.

2. This stipulation may be executed in counterparts, each of which constitutes an original and all of which constitutes one and the same agreement. Facsimiles of signatures shall constitute acceptable, binding signatures for purposes of this agreement.

DOMINIC SARNA, ESQ.                              FURMAN KORNFELD & BRENNAN LLP

By: _____       By: _____
      Dominic Sarna, Esq.                              Corey M. Cohen, Esq.
      *Attorneys for Plaintiff*                        *Attorneys for Defendants*
      RAHUL MANCHANDA                          ROGER BLANK, COREY COHEN, and
      1539 Franklin Avenue, Suite 200            A. MICHAEL FURMAN
      Mineola, New York 11501                      61 Broadway, 26th Floor
      (516) 491-0443                                    New York, NY 10006
      saranesq@aol.com                              (212) 867-4100
                                                                FKB File No.: 321.029
                                                                ccohen@FKBLaw.com

LEWIS BIRSBOIS BISGAARD &                   GEOFFREY S. BERMAN
SMITH, LLP                                             UNITED STATES ATTORNEY FOR THE
                                                                SOUTHERN DISTRICT OF NEW YORK

By: _____       By: _____
      Jamie R. Wozman, Esq.                          Danielle Levine, Esq.
      *Attorneys for Defendants*                      *Attorneys for Defendant*
      AARON MINC, DANIEL POWELL,          THE FEDERAL BUREAU OF
      JAMIE WOZMAN, and MARK ANESH      INVESTIGATION
      77 Water Street, 21st Floor                     86 Chambers Street, 3rd Floor
      New York, New York 10005                   New York, New York 10007
      (212) 232-1346                                    (212) 637-2689
      Jamie.Wozman@LewisBrisbois.com       Danielle.Levine@usdoj.gov

By: _____
      Douglas Senderoff, MD
      461 Park Avenue South
      New York, New York 10016

I, Plaintiff Rahul Manchanda, have reviewed the instant Stipulation of Dismissal with Prejudice and have had an opportunity to discuss the same with my attorney, Dominic Sarna. I agree to all language herein, including the agreements set forth in Paragraphs 1 and 2 of this Stipulation of Dismissal with Prejudice.

_____
By: Plaintiff Rahul Manchanda

Sworn to before me this
25 day of January, 2019

_____
Notary Public

**SO ORDERED:**

DAVID HAMILTON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01HA6352652
Qualified in Queens County
My Commission Expires 01-03-2021

_____
**Honorable Paul G. Gardephe**

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

RAHUL MANCHANDA,

                        Plaintiff,

    – against –

NICOLE MATTIES, NICOLA SHAPIRO, DOUGLAS
SENDEROFF, ROGER BLANK, AARON MINC,
DANIEL POWELL, MATT O'BUCK, SHARIE O'BUCK,
KATE BOSE, NEW YORK FBI, NYPD, JOE HENDRIX,
ANDRE DE CASTRO, JAMIE WOZMAN, MARK
ANESH, COREY COHEN, A. MICHAEL FURMAN, and
PAULA ASHCRAFT,

                        Defendants.
------------------------------------------------------------------------ x

No. 18 Civ. 11092 (PGG)

**STIPULATION OF
DISMISSAL WITH
PREJUDICE**

       WHEREAS, on or about October 14, 2018, Plaintiff Rahul Manchanda ("Plaintiff") filed a

complaint in the Supreme Court of New York, County of New York, Index No. 101501/2018 ("NYS

Supreme Court Action"), naming Nicole Matties, Nicola Shapiro, Douglas Senderoff, Roger Blank,

Aaron Minc, Daniel Powell, Matt O'Buck, and Sharie O'Buck as defendants;

       WHEREAS, on or about October 24, 2018, Plaintiff filed a second amended complaint in

NYS Supreme Court Action, adding the Federal Bureau of Investigation (improperly named as NY

FBI) (the "FBI") and the NYPD as defendants;

       WHEREAS, on or about October 31, 2018, Plaintiff filed a third amended complaint in the

NYS Supreme Court Action, adding Joe Hendrix and Andre de Castro as defendants (the "Third

Amended Complaint");

WHEREAS, on or about November 28, 2018, the FBI removed the Third Amended Complaint to the Southern District of New York, No. 18 Civ. 11092 (the "Federal Action"), and filed a Notification of Removal in the NYS Supreme Court Action;

WHEREAS, on or about November 28, 2018, Plaintiff filed a Fourth Amended Complaint (Dkt. Nos. 2, 5, 6) in the Federal Action, which Plaintiff had filed in the NYS Supreme Court Action, adding Jamie Wozman, Mark Anesh, Corey Cohen, A. Michael Furman, and Paula Ashcraft as defendants (the "Fourth Amended Complaint");

WHEREAS, counsel for Defendants FBI, Roger Blank, Aaron Minc, Daniel Powell, Jamie Wozman, Mark Anesh, Corey Cohen, A. Michael Furman, and Douglas Senderoff have appeared in the Federal Action;

WHEREAS, no party hereto is an infant or incompetent person for whom a committee or guardian has been appointed;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, his counsel, and counsel for Defendants FBI, Roger Blank, Aaron Minc, Daniel Powell, Jamie Wozman, Mark Anesh, Corey Cohen, A. Michael Furman, and Douglas Senderoff that:

1.      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff voluntarily dismisses the Federal Action with prejudice, which includes all underlying complaints filed in the NYS Supreme Court Action, with each party to bear its own fees and costs    if any parties file

Page 2 of 4

2.    This stipulation may be executed in counterparts, each of which constitutes an original

and all of which constitutes one and the same agreement. Facsimiles of signatures shall constitute

acceptable, binding signatures for purposes of this agreement.


DOMINIC SARNA, ESQ.                          FURMAN KORNFELD & BRENNAN LLP


By: _____          By: _____

    Dominic Sarna, Esq.                          Corey M. Cohen, Esq.
    *Attorneys for Plaintiff*                          *Attorneys for Defendants*
    RAHUL MANCHANDA                          ROGER BLANK, COREY COHEN, and
    1539 Franklin Avenue, Suite 200                          A. MICHAEL FURMAN
    Mineola, New York 11501                          61 Broadway, 26th Floor
    (516) 491-0443                          New York, NY 10006
    saranesq@aol.com                          (212) 867-4100
                              FKB File No.: 321.029
                              ccohen@FKBLaw.com


LEWIS BIRSBOIS BISGAARD &                          GEOFFREY S. BERMAN
SMITH, LLP                          UNITED STATES ATTORNEY FOR THE
                              SOUTHERN DISTRICT OF NEW YORK


By: _____          By: _____

    Jamie R. Wozman, Esq.                          Danielle Levine, Esq.
    *Attorneys for Defendants*                          *Attorneys for Defendant*
    AARON MINC, DANIEL POWELL,                          THE FEDERAL BUREAU OF
    JAMIE WOZMAN, and MARK ANESH                          INVESTIGATION
    77 Water Street, 21st Floor                          86 Chambers Street, 3rd Floor
    New York, New York 10005                          New York, New York 10007
    (212) 232-1346                          (212) 637-2689
    Jamie.Wozman@LewisBrisbois.com                          Danielle.Levine@usdoj.gov


By: _____

    Douglas Senderoff, MD
    461 Park Avenue South
    New York, New York 10016

I, Plaintiff Rahul Manchanda, have reviewed the instant Stipulation of Dismissal with Prejudice and have had an opportunity to discuss the same with my attorney, Dominic Sarna. I agree to all language herein, including the agreements set forth in Paragraphs 1 and 2 of this Stipulation of Dismissal with Prejudice.

_____
By: Plaintiff Rahul Manchanda

Sworn to before me this
_25_ day of January, 2019

_____
Notary Public

DAVID HAMILTON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01HA6352652
Qualified in Queens County
My Commission Expires 01-03-2021

**SO ORDERED:**

_____
**Honorable Paul G. Gardephe**

**Subject:** Re: Manchanda. Stipulation of Discontinuance with Prejudice v2.docx
**From:** "RAHUL MANCHANDA ESQ." <rdm@manchanda-law.com>
**Date:** 1/25/2019, 2:11 PM
**To:** Dominic Sarna <sarnaesq@aol.com>
**CC:** "Wozman, Jamie" <Jamie.Wozman@lewisbrisbois.com>
**BCC:** rdm@manchanda-law.com

Dominic:

Attached version 2.

Remember no further pleadings, motions etc in this case.

Kind regards,

--
Rahul D. Manchanda, Esq.
Manchanda Law Office PLLC
30 Wall Street, 8th Floor
Suite 8207
New York, NY 10005
Tel: (212) 968-8600
Mob: (646) 645-0993
Fax: (212) 968-8601
Toll Free 24 Hour Hotline: (855) 207-7660
e-mail: rdm@manchanda-law.com
web: www.manchanda-law.com/MT_Rahul.html

Ranked amongst Top Attorneys in the United States by Newsweek Magazine in 2012 and 2013.

Martindale Hubbell Client Champion Silver 2017 Award Winner.

Better Business Bureau Accredited Business A+ Rating.

Licensed New York State Real Estate Broker.

CLIENT TESTIMONIALS: http://www.manchanda-law.com/ClientTestimonials.html

This electronic transmission is both personal and confidential, and contains privileged :

Download our Immigration Law Firm Brochure at http://manchanda-law.com/MLO%20IMMIGRATION:

Make A Payment Online At https://secure.lawpay.com/pages/manchanda-law-office-pllc/opera

On 1/25/2019 1:58 PM, RAHUL MANCHANDA ESQ. wrote:

Dominic:

Ok Dominic so put a line through that void language.

Or I can do it and I will initial it.

Whatever you want.

Kind regards,

--
Rahul D. Manchanda, Esq.
Manchanda Law Office PLLC
30 Wall Street, 8th Floor
Suite 8207
New York, NY 10005
Tel: (212) 968-8600
Mob: (646) 645-0993
Fax: (212) 968-8601
Toll Free 24 Hour Hotline: (855) 207-7660
e-mail: rdm@manchanda-law.com
web: www.manchanda-law.com/MT_Rahul.html

Ranked amongst Top Attorneys in the United States by Newsweek Magazine in 2012 and 2013

Martindale Hubbell Client Champion Silver 2017 Award Winner.

Better Business Bureau Accredited Business A+ Rating.

Licensed New York State Real Estate Broker.

CLIENT TESTIMONIALS: http://www.manchanda-law.com/ClientTestimonials.html

This electronic transmission is both personal and confidential, and contains privileged

Download our Immigration Law Firm Brochure at http://manchanda-law.com/MLO%20IMMIGRATIO

Make A Payment Online At https://secure.lawpay.com/pages/manchanda-law-office-pllc/oper

On 1/25/2019 1:41 PM, RAHUL MANCHANDA ESQ. wrote:

Dominic:

Please see the attached as discussed.

Kind regards,

--
Rahul D. Manchanda, Esq.
Manchanda Law Office PLLC
30 Wall Street, 8th Floor
Suite 8207
New York, NY 10005

```
Tel: (212) 968-8600
Mob: (646) 645-0993
Fax: (212) 968-8601
Toll Free 24 Hour Hotline: (855) 207-7660
e-mail: rdm@manchanda-law.com
web: www.manchanda-law.com/MT_Rahul.html
```

Ranked amongst Top Attorneys in the United States by Newsweek Magazine in 2012 and 201

Martindale Hubbell Client Champion Silver 2017 Award Winner.

Better Business Bureau Accredited Business A+ Rating.

Licensed New York State Real Estate Broker.

CLIENT TESTIMONIALS: http://www.manchanda-law.com/ClientTestimonials.html

This electronic transmission is both personal and confidential, and contains privilege

Download our Immigration Law Firm Brochure at http://manchanda-law.com/MLO%20IMMIGRATI

Make A Payment Online At https://secure.lawpay.com/pages/manchanda-law-office-pllc/ope

On 1/25/2019 1:17 PM, Rahul Manchanda wrote:

Dominic/

Just got to fedex and they don't have a notary. Need to find another place nearby. Bear with me for another 15-30 mins after 1:30 pm.



Kind regards,

Rahul D. Manchanda, Esq.

Manchanda Law Office PLLC

30 Wall Street, 8th Floor

Suite 8207

New York, NY 10005

Tel: (212) 968-8600

Mob: (646) 645-0993

Fax: (212) 968-8601

Toll Free 24 Hour Hotline: (855) 207-7660

e-mail: rdm@manchanda-law.com

web: www.manchanda-law.com/MT_Rahul.html

Ranked amongst Top Attorneys in the United States by Newsweek Magazine in 2012 and 2013.

Martindale Hubbell Client Champion Silver 2017 Award Winner.

Better Business Bureau Accredited Business A+ Rating.

Licensed New York State Real Estate Broker.

CLIENT TESTIMONIALS: http://www.manchanda-law.com/ClientTestimonials.html

This electronic transmission is both personal and confidential, and contains privileged information intended only for the use of the individual or entity named above. If the reader is not the intended recipient, you are hereby notified that any dissemination or copying of this transmission is strictly prohibited. If there are any problems with this transmission, or you have received it in error, please immediately notify us by telephone and return the original transmission to us at the above address via the U.S. Postal Service. Attention: All foreign nationals (permanent residents and children included) are required to report any change in address within ten (10) days to the USCIS using Form AR-11. Foreign nationals must report address changes to the USCIS by completing this form and sending it to the USCIS. The form can be obtained from the USCIS website at: http://www.uscis.gov/files/form/ar-11.pdf. Please also notify our office of your new address.

Download our Immigration Law Firm Brochure at http://manchanda-law.com/MLO%20IMMIGRATION%20LAW%20BROCHURE.pdf

Make A Payment Online At https://secure.lawpay.com/pages/manchanda-law-office-pllc/operating

On Jan 25, 2019, at 12:46 PM, RAHUL MANCHANDA ESQ. <rdm@manchanda-law.com> wrote:

Dominic:

Also I do not see either Senderoff on this document.

Kind regards,

```
--
Rahul D. Manchanda, Esq.
Manchanda Law Office PLLC
30 Wall Street, 8th Floor
Suite 8207
New York, NY 10005
Tel: (212) 968-8600
Mob: (646) 645-0993
Fax: (212) 968-8601
Toll Free 24 Hour Hotline: (855) 207-7660
e-mail: rdm@manchanda-law.com
web: www.manchanda-law.com/MT_Rahul.html
```

Ranked amongst Top Attorneys in the United States by Newsweek Magazine in 2012 and

Martindale Hubbell Client Champion Silver 2017 Award Winner.

Better Business Bureau Accredited Business A+ Rating.

Licensed New York State Real Estate Broker.

CLIENT TESTIMONIALS: http://www.manchanda-law.com/ClientTestimonials.html

This electronic transmission is both personal and confidential, and contains privil

Download our Immigration Law Firm Brochure at http://manchanda-law.com/MLO%20IMMIGR

Make A Payment Online At https://secure.lawpay.com/pages/manchanda-law-office-pllc/

On 1/25/2019 12:45 PM, RAHUL MANCHANDA ESQ. wrote:

Dominic Sarna:

I will get this thing signed and notarized but I need until 1:30 PM because I'm still at home and I need to print it out and bring it to notary at Columbus Circle, scan it and then send to you all.

Remember what we discussed that if I sign this it's void if any one of these people

file any additional pleadings or motions in this case, other than their ECF "Notice of Motion."

I want to be done with this just like they do.

This is our "meeting of the minds."

Kind regards,

--
Rahul D. Manchanda, Esq.
Manchanda Law Office PLLC
30 Wall Street, 8th Floor
Suite 8207
New York, NY 10005
Tel: (212) 968-8600
Mob: (646) 645-0993
Fax: (212) 968-8601
Toll Free 24 Hour Hotline: (855) 207-7660
e-mail: rdm@manchanda-law.com
web: www.manchanda-law.com/MT_Rahul.html

Ranked amongst Top Attorneys in the United States by Newsweek Magazine in 2012 and

Martindale Hubbell Client Champion Silver 2017 Award Winner.

Better Business Bureau Accredited Business A+ Rating.

Licensed New York State Real Estate Broker.

CLIENT TESTIMONIALS: http://www.manchanda-law.com/ClientTestimonials.html

This electronic transmission is both personal and confidential, and contains privi

Download our Immigration Law Firm Brochure at http://manchanda-law.com/MLO%20IMMIG

Make A Payment Online At https://secure.lawpay.com/pages/manchanda-law-office-pllc

On 1/25/2019 12:34 PM, Dominic Sarna wrote:

> Here is attachment. Jamie said she must receive it signed by you and
> notarized before 1 pm today.
>
> _____
>
> Sent from my iPhone

—Attachments:—

STIPULATION OF DISMISSAL WITH PREJUDICE 2.pdf                    1.2 MB

# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK.
------------------------------------------------------------ x

RAHUL MANCHANDA,

                                    Plaintiff,                                  No. 18 Civ. 11092 (PGG)

        – against –
                                                                        **STIPULATION OF
                                                                        DISMISSAL WITH
NICOLE MATTIES, NICOLA SHAPIRO, DOUGLAS :                                 PREJUDICE**
SENDEROFF, ROGER BLANK, AARON MINC, :
DANIEL POWELL, MATT O'BUCK, SHARIE O'BUCK, :
KATE BOSE, NEW YORK FBI, NYPD, JOE HENDRIX, :
ANDRE DE CASTRO, JAMIE WOZMAN, MARK :
ANESH, COREY COHEN, A. MICHAEL FURMAN, and :
PAULA ASHCRAFT,

                                    Defendants.
------------------------------------------------------------ x

        WHEREAS, on or about October 14, 2018, Plaintiff Rahul Manchanda ("Plaintiff") filed a

complaint in the Supreme Court of New York, County of New York, Index No. 101501/2018 ("NYS

Supreme Court Action"), naming Nicole Matties, Nicola Shapiro, Douglas Senderoff, Roger Blank,

Aaron Minc, Daniel Powell, Matt O'Buck, and Sharie O'Buck as defendants;

        WHEREAS, on or about October 24, 2018, Plaintiff filed a second amended complaint in

NYS Supreme Court Action, adding the Federal Bureau of Investigation (improperly named as NY

FBI) (the "FBI") and the NYPD as defendants;

        WHEREAS, on or about October 31, 2018, Plaintiff filed a third amended complaint in the

NYS Supreme Court Action, adding Joe Hendrix and Andre de Castro as defendants (the "Third

Amended Complaint");

WHEREAS, on or about November 28, 2018, the FBI removed the Third Amended Complaint to the Southern District of New York, No. 18 Civ. 11092 (the "Federal Action"), and filed a Notification of Removal in the NYS Supreme Court Action;

WHEREAS, on or about November 28, 2018, Plaintiff filed a Fourth Amended Complaint (Dkt. Nos. 2, 5, 6) in the Federal Action, which Plaintiff had filed in the NYS Supreme Court Action, adding Jamie Wozman, Mark Anesh, Corey Cohen, A. Michael Furman, and Paula Ashcraft as defendants (the "Fourth Amended Complaint");

WHEREAS, counsel for Defendants FBI, Roger Blank, Aaron Mino, Daniel Powell, Jamie Wozman, Mark Anesh, Corey Cohen, A. Michael Furman        have appeared in the Federal Action;

WHEREAS, no party hereto is an infant or incompetent person for whom a committee or guardian has been appointed;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, his counsel, and counsel for Defendants FBI, Roger Blank, Aaron Mino, Daniel Powell, Jamie Wozman, Mark Anesh, Corey Cohen, A. Michael Furman,        that:

1.      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff voluntarily dismisses the Federal Action with prejudice, which includes all underlying complaints filed in the NYS Supreme Court Action, with each party to bear its own fees and costs

Page 2 of 4

2.    This stipulation may be executed in counterparts, each of which constitutes an original and all of which constitutes one and the same agreement. Facsimiles of signatures shall constitute acceptable, binding signatures for purposes of this agreement.

DOMINIC SARNA, ESQ.

By: _____
Dominic Sarna, Esq.
*Attorneys for Plaintiff*
RAHUL MANCHANDA
1539 Franklin Avenue, Suite 200
Mineola, New York 11501
(516) 491-0443
sarnaesq@aol.com

FURMAN KORNFELD & BRENNAN LLP

By: _____
Corey M. Cohen, Esq.
*Attorneys for Defendants*
ROGER BLANK, COREY COHEN, and
A. MICHAEL FURMAN
61 Broadway, 26th Floor
New York, NY 10006
(212) 867-4100
FKB File No.: 321.029
ccohen@FKBLaw.com

LEWIS BRISBOIS BISGAARD &
SMITH, LLP

By: _____
Jamie R. Wozman, Esq.
*Attorneys for Defendants*
AARON MINC, DANIEL POWELL,
JAMIE WOZMAN, and MARK ANESH
77 Water Street, 21st Floor
New York, New York 10005
(212) 232-1346
Jamie.Wozman@LewisBrisbois.com

GEOFFREY S. BERMAN
UNITED STATES ATTORNEY FOR THE
SOUTHERN DISTRICT OF NEW YORK

By: _____
Danielle Levine, Esq.
*Attorneys for Defendant*
THE FEDERAL BUREAU OF
INVESTIGATION
86 Chambers Street, 3rd Floor
New York, New York 10007
(212) 637-2689
Danielle.Levine@usdoj.gov

I, Plaintiff Rahul Manchanda, have reviewed the instant Stipulation of Dismissal with Prejudice and have had an opportunity to discuss the same with my attorney, Dominic Sarna. I agree to all language herein, including the agreements set forth in Paragraphs 1 and 2 of this Stipulation of Dismissal with Prejudice.

By: Plaintiff Rahul Manchanda

Sworn to before me this
25 day of January, 2019

Notary Public

DAVID HAMILTON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01HA6352582
Qualified in Queens County
My Commission Expires 01-03-2021

SO ORDERED:

_____
Honorable Paul G. Gardephe