# CERTIFICATE OF SERVICE

On March 21, 2019, I, Rahul Manchanda, served a copy of this Motion to Add as Defendants Attorneys David Lin and Justin Mercer and for Sanctions and Contempt of Court against relevant Defendants, and any attached pages, to all relevant Defendants via Electronic and U.S. Mail.

_[signature]_

By: Rahul Manchanda, Esq.
30 Wall Street, 8th Floor
New York, New York 10005
Tel: (212) 968-8600
Fax: (212) 968-8601