**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

RAHUL MANCHANDA,

                Plaintiff,

-against-                          18 **CIVIL** 11092 (PGG)

## JUDGMENT

NICOLE MATTIES, NICOLA SHAPIRO, DOUGLAS SENDEROFF, ROGER BLANK, AARON MINC, DANIEL POWELL, MATT O'BUCK, SHARIE O'BUCK, KATE BOSE, NEW YORK FBI, NYPD, JOE HENDRIX, ANDRE DE CASTRO, JAMIE WOZMAN, MARK ANESH, COREY COHEN, A. MICHAEL FURMAN, and PAULA ASHCRAFT,

                Defendants.

------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 22, 2020, Plaintiff's motions to re-open (Dkt. No. 71) and to add defendants (Dkt. No. 73) are denied; The fourth Amended Complaint is dismissed without leave to amend; accordingly, this case is closed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore, in forma pauperis status is denied for the purpose of an appeal.

**Dated:**  New York, New York

        April 22, 2020

                                              **RUBY J. KRAJICK**
                                                  Clerk of Court
                                **BY:**
                                                    Deputy Clerk